UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CORNELIUS BROWN,

      Petitioner,         Case No. 19-cv-10975
                                      Hon. Matthew F. Leitman

v.

LES PARISH,

      Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is **DENIED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **GRANTED**.

                                                     KINIKIA ESSIX
                                                     CLERK OF COURT

                                   By:    s/Holly A. Ryan
                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 3, 2024
Detroit, Michigan